PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF TEXAS
_Galveston_ DIVISION

United States Courts
Southern District of Texas
FILED

MAR - 6 2023

Nathan Ochsner, Clerk of Court

__Bixon Keith Norman 1801973__
Plaintiff's Name and ID Number

__William JBstelle High Security Unit__
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

__R. Coleman 264 FM 3478, Huntsville Tx. 77320__
Defendant's Name and Address

__Jamie Williams 264 FM 3478, Huntsville Tx. 77320__
Defendant's Name and Address

__Barbara Kent 264 FM 3478, Huntsville, Tx. 77320__
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? _X_ YES ___ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

       1. Approximate date of filing lawsuit: _2017, Approximate Month may be August, I was a Medical suit_
       2. Parties to previous lawsuit:
          Plaintiff(s) _Bryon Keith Norman_
          Defendant(s) _Ernestine Julve, Khari Wolff,_
       3. Court: (If federal, name the district; if state, name the county.) _Southern, Southern District,_
       4. Cause number: _N/A;_
       5. Name of judge to whom case was assigned: _Judge Henry Bennett,_
       6. Disposition: (Was the case dismissed, appealed, still pending?) _Dismissed; Pending_
       7. Approximate date of disposition: _N/A_

2

8, 2 Previous Lawsuits: Cont.

1. Previous Lawsuits:
    A. Yes
    B.1. Approximate date of filing lawsuit: February 9, 2023; (Excessive use of force/... assault w/ a Chemical agent.)
       2. Parties to previous lawsuit:
          Plaintiff: Byron Keith Harmon
          Defendants: Christian Oppong, et al.
                      Jeremy W. Zwar
                      Kymberly A. Edwards
       3. Court: (Federal) Southern District
       4. Case No: 3:23-CV-0036
       5. Name of Judge: Jeffery V. Brown
       6. Disposition: Still Pending
       7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT: William J Estelle High Security Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   X YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Byron Keith Harmon 264 FM 3478 Huntsville TX. 77320

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: R. Coleman (first name N/A) Provider/APN; William Estelle High Security Unit, 264 FM 3478 Huntsville TX 77320 (Just found out she's no longer @ WJEMB.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Knowing my medical condition (i.e. Spinal cord injury, Hip, Knees, etc.) took all of my

Defendant #2: Barbara Kent (RN) William J. Estelle High Security Unit 264 FM 3478 Huntsville Unit 77320
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
RN Kent was a close friend of Provider Coleman and was very aware of

Defendant #3: Rachael Manning (LVN) William J Estelle High Security Unit 264 FM 3478 Huntsville TX 77320
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
LVN Manning was written up by me for refusal to treatment supplies ordered

Defendant #4: Jamie Williams, Sr Business Office Manager (264 FM 3478 Huntsville TX 77320.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Received Step(s) Complaints about what has taken place with the occurances

Defendant #5: Doctor of Medical Nathaniel Robertson 264 FM 3478 Huntsville, TX 77320
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Had seen me over twice and refuse to order a continuous dosage of

3

¶ 3 (PARTIES TO THIS SUIT) con't:

B. Defendant #1 medical restrictions (i.e., front cuff pass, wheel chair pass, wheel chair transportation Van) and refused to set me an appointment for renewal of my medications seriously needed (i.e., pain, ear drops, Benedryl (sinus), skin crèmes for lupus, and other expired medical condiments) knowing I need these for treatment and health care.

Defendant #2 of Providers wrongful, deliberate, malicious act, omission and commission to retaliate by way of depriving me the rights, liberties and remedies guaranteed under the (14th amend) of Serious Medical care and was aware of my medical condition by the reviewing of my sick-calls requesting to see the provider about said meds etc., and delayed or refused to set the appointment for over 3½ months. (View SICK REQUEST)

Defendant #3: LVN Rachael Manning, also was a close friend to Provider Coleman who, i'd written up (i.e., Grievance and Complaint) for her violation whereas, LVN Manning had been given sick-calls by me which those (6) were never logged, or processed so that I would be seen for my medical conditions. This has been going for over 3½ mths, and i've yet to be assessed by the Provider.

Defendant #4 of being denied or refused medical health care treatment for up to 3½ mnths and failed to act according to the Correctional Managed Health Care Policy that states Provider appointments are scheduled 10-12 days after (SC) appoints, which are no later than 72 hrs after receiving. Business Manager Williams has meritlessly tried to justify fraudulent reasoning to why these appointments having not been set or still pending which does not show any reasoning for such violation, for the 3½ mnth time period.

Defendant #5: pain killing medication knowing the Serious medical condition after only perscribing a 15mg Morphine tablet for 1 dosage. but ordered the wheel chair, wheel chair Van transportation, wheel chair pass and appointments for Ortho, and other appoints with specialist at Hospital Galveston.

3

Defendant #6: Capt. Curtis L Jordan 264 FM 3478 Huntsville Tx. 77320.

Used R. Coleman as a co-conspirator to deprive me of my rights, liberties and remedies constituting adequate and proper Health Care and treatment governed by the (14th amend) of Serious Medical Care when he act of negligence and deliberate Indifference had her violate the Correctional Manage Health Care (CMHC) Policy by committing fraud (i.e., co-erced her into falsifying and altering my health care records).

Defendant #7: Robert L. Stray Librarian III of Law Library. 264-FM 3478. Huntsville TX 77320.

He fail to follow by TDCJ Rules, Regulations and Policies which are to provide adequate and appropriate means of legal material (i.e., the right to §§1983 forms, Law books etc.) and Indigent Correspondence within the adequate time of mailing and issuance of supplies (Mon, Wen. Fri). I have been denied access to these documents (§1983 forms and mailing).

Defendant #8: Alexis D. Alford Grievance Coordinator III 264 FM 3478 Huntsville Tx 77320.

Has on numerous occasions denied, delayed and/or refused the processing of Step 1 Grievances filed with her office due to violations of certain Administration and Security Officers to prevent legal actions and investigations with the Warden for violations. It is a continuance of these acts Omissions and Commission of unprocessed grievances by UGI III Alford to prevent investigations to violations committed by Administration and Ranking Supervisors of Security Officers. Plaintiff had to file the Step 2 grievances under the CRIPA at 28 CFR 40.7 to continue Grievance Procedure which has also been a failure of processing by UGI III Alford.

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On or about the Dec. 06, 2022 I went to a Nurse Sick-Call at the approximate time of 7:30 am to 7:45 am by Medical Escort officer Ogodeluma Nwachuku who was then sent on another task by Sgt Shonna Stovel whereas, she took over the escort. As I and Sgt. Stovel sat in the BR talking about the slip and fall which lead me to the Sick-Call appointment that occurred on 12-03-22. LVN Barbara Kent came into the BR with a Medical Pass (i.e., that had been changed by Provider Coleman) stating that Provider Coleman took my Med. Passes for the Wheel Chair and I had to give it up. I told RN Barbara Kent that this couldn't be so being that I hadn't been assessed by Provider Coleman to have this done and that A Medical Doctor Nathaniel

VI.  RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Because of the 3½ month denial, refusal and/or delay in med treatment which regarded in pain and suffering, Mental anguish, emotional distress, Plaintiff request a trial by

VII.  GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Hakim Abdul Malik, Byron Keith Hermon El, Wthmi Shurtorea Wahi Anugara

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

503419, 656871, 1801973

VIII.  SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES  _X_ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied?  _X_ YES ___ NO

4

V. STATEMENT OF CLAIM (g) & Cont.

Robertson and APd. FNP Provider E. EVERETT. RN Barbara Kent stated that this change was because she saw me ambulating (i.e., I was walking outside my cell.) and when I told RN Kent that I havn't been outside my cell since i'd moved in on 11-23-23, she stated that: I could be assessed by Provider Coleman on the next day. After it had been known to Barbara Kent RN. of the appointment w/ the MD Robertson on 11-07-22, and this Correctional Manage Health Care Policy (CMHC) violation to deliberate, malicious, w/ knowing Intent to deprive me of my rights, Liberties and Remedies by fraudulently, falsifying her testimony and medical documents by the act, Omissions and commission to retaliate, harass and punish w/ the method and measures to cause undue harm, injury in an effort creating a reckless endangerment situation (i.e., placing me in a cell not in compliance to housing criteria) as in the incident of 02-01-23 and surgery on left hip and spine which is a (major) occurrance. It was also a co-conspiracy w/ Provider R. Coleman and Capt. Curtis L. Jordan who on that same day instructed offender (myself) to get out the wheel chair and got mad when I told him I had a pass for it (i.e.). This happened at the approximate time span of 8:30 am to 9:20 am) The unlawful, and unjustifiable change of restriction by Provider Coleman took place at approximately 9:40 am to 9:45 am. that morning.

V.(1). Barbar Kent (RN) who is in charge of recording Nurse Sick Call Request and the setting of Providers appts. Continued to deceive, deliberately, maliciously with knowing Intent to deprive Griev/Patient of his rights, liberties and remedies to Medical Health Care and treatment by the method and measures to defraud with falsified statements (i.e., by stating on sick calls of the occurances of Providers appointments and Chart reviews) alleging that a Providers appointments would be scheduled and/or scheduled to address serious medical issues of pain and Lupus disease for up to 3½ months, when in fact there wasn't. RN Kent utilized this scheme knowing the medical condition of Griev/Patient (i.e., spinal cord injury, deteriating left hip, shoulders left/right rotators cups, right knee injury, etc.) and its means of worsening in pain, conditioning over time

4

without medication as it have. RN Kent is a Co-Conspirator with Rachael Manning and Provider Coleman with others of William Estelle High Security Unit Medical Staff and Security Medical Escort who being friends. RN Kent has also intercepted sick calls (i.e., answered sick calls going to Physical Therapy specialist.

V.2). Rachael Manning, LVN of the William Estelle High Security Unit on numerous occasion has received Sick Call Request from Plaintiff within the 3½ mnth time period that has Plaintiff suffering in pain, with his skin because of the lupus disease, willfully, deliberately, maliciously with knowing intent have utilised her position to deny and refuse Medical Health Care / treatment by not processing the Sick Calls given to her by the Certified Medication Aids. LVN Manning is fully aware of my Medical Condition which before the filing of Complaints and Grievances has seen and had Provider Coleman renew medications and assestments within the normal time period of no more than 10 days.

V.3). Crystal Norwood (CMA) Certified Medical Aide who brings my meds on the mornings that she works has on numerous occasions before now (i.e., RN Kent doing Sick Call Request reviews) brought my sick calls to LVN Rachael Manning which had been processed (i.e., Meds renewed, Providers appts. set) but after the filing of Step 1's and Complaints against Provider Coleman and LVN Manning (i.e., every sick call submitted has been either not processed or fraudulent pretenses of deceiving Plaintiff into thinking he is about to be seen) from Nov to Dec. 2022 and to Feb 2023 has been a means to punish.

V.4). Kimberly Godley (CMA) Certified Medical Aide who also brings my meds on Occasion has performed the same exact processing with the Sick-Call request Plaintiff had given her as did (CMA) Crystal Norwood along with Condom Catheters which were cross contaminated during RN Kent and LVN Manning shift and I had to go without for 2 wks.

VI. RELIEF Pg 4 Con't.

1) a preliminary and permanent injunction (Capt. Curtis L Jordan to refrain from harassment and retaliation, refrain from any dealings with Plaintiff; Sr. Business Office Manager Jamie Williams Coordinate and Orchestrate Medical Bliss (CMHC) along with training and supervision of Medical Staff. to refrain the Employees from using Medical Health Care/treatment to retaliate, harass and punish; issue mandates upon RN Barbara Kent, LVN Rachael Manning, along with others who are, or may be in co-ercion with their method and measures of retaliation and harassment to refrain from such acts, Omissions and Commissions against Plaintiff along with Communication and contact; Alexis D. Alford to process all filed Step 1 grievances filed in accordance to the Grievance Plan and Procedure. and refrain from utilising the Grievance Procedure as a means to retaliate and harass. Wardens and asst. Wardens us fair and impartial judgement when responding to grievances, investigate adequately and not just go on officers testimony because of their intentions to falsify their statement to avoid Corrective actions. and a unit transfer to another medical Unit.

VI. 2). Compensentory damages in the amount of $10 million dollars against each defendant, jointly and severally.

VI. 3). Punitive damages of in the amount of $25 million against each defendant.

VI. 4). Plaintiff cost in this suit.

VI. 5). Any additional relief this Court deems appropriate, proper and equitable.

WHEREFORE, plaintiff respectfully prays that this court enter judgement granting plaintiff the above relief,

· that the declaration that the acts, Omissions described above herein violated plaintiff's rights under the Constitution and laws of the United States and the United States of Americas

4

VI II RELIEF Con'T Pg. 4

Plaintiff states further that liver damage due to the refusal to administer pain induced medication and from the continuous taking of No-Asprin which had been warned not to take, was an forced action by Plaintiff to elwiate pain is a sufficent reason that the injunction should therefore be granted by the Courts, whereas, all the above alleged UTMB Personnel of the William J Estelle Unit Medical Staff are responsible for.

VII. GENERAL BACKGROUND INFORMATION Pg 4 Cont:

Gunsmoke, RAT, Byron Keith Harmon, Inspired Perception

C. Has any court ever warned or notified you that sanctions could be imposed?   ____YES  _X_NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): __N/A__
2. Case number: __N/A__
3. Approximate date warning was issued: __N/A__

Executed on: __02-23-23__
        DATE

_Byron Keith Harmon_
"without Protest"
(UCC 1-207(31)-40(b))
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __23__ day of __February__, 20__23__.
         (Day)              (month)              (year)

_Byron Keith Harmon_
"without Protest"
(UCC 1-207(31)-40(b))
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5